JS-6 / **ENTERED**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SASHAH ALCATANTRI,<br><br>        Plaintiff,<br><br>   vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>        Defendant. | Case No. SACV 12-1593-DMG (JPR)<br><br>**J U D G M E N T** |

    In accordance with the Order Dismissing Action for Failure to Prosecute and Administratively Closing Case,

    IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: July 31, 2013

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE